UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re:                                          Case No.: 10-10596 (REG)

RICHARD H. AIDEKMAN                             In proceedings for
and ELLEN J. SACKOFF                            Reorganization Under
                                                Chapter 11
    Debtors and Debtors-in-Possession.

-----------------------------------------------------------------X

## OPERATING STATEMENT FOR APRIL, 2010

DEBTORS' ADDRESS:
3 East 69th Street, Apt. 1C
New York, NY, 10021

DEBTORS' ATTORNEY:
    GILBERT A. LAZARUS, ESQ.
    LAZARUS & LAZARUS, P.C.
    240 MADISON AVENUE
    NEW YORK, NEW YORK 10016

REPORT PREPARER(S):
    Richard H. Aidekman and
    Ellen J. Sackoff
    3 East 69th Street
    New York, NY, 10021

| | |
|---|---|
| Monthly Operating Receipts: | $3,550.02 |
| Monthly Operating Disbursements: | $3,389.15 |
| Monthly Operating Loss: | $160.87 |

This Operating Statement must be signed by a Representative of the Debtors.
The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, certifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

June 7, 2010                     /S/Richard H. Aidekman
DATE                               Richard H. Aidekman


                                     /S/Ellen J. Sackoff
                                       Ellen J. Sackoff

In Re: Richard H. Aldekman and Ellen Sackoff, debtors
Case Number 10-10596 (REG)

| Reporting Period | Apr-10 | |
|---|---|---|
| Cash Balance Beginning of month | | (45.52) |
| Receipts | | |
| Interest and Dividend Income | | 0.02 |
| Distributions from Cornelia LLC | | 3,550.00 |
| Total Receipts | | 3,550.02 |
| Disbursements | | |
| Utilities | | 413.11 |
| Repairs and Mtce | | 64.17 |
| Food, clothing, transportation and hygiene | | 2,569.18 |
| Medicine | | 10.43 |
| Bank Charges | | 73.50 |
| Books | | 58.76 |
| Loan to Cornelia Essentials | | 200.00 |
| Total disbursements | | 3,389.15 |
| Bank Account -4150 | | |
| Bank Account Balance per books | | 115.35 |
| Actual Bank Balance | | 115.35 |

Disbursement Journal

| | | |
|---|---|---|
| Cash Disbursements | | 70.00 |
| Bank Charges | | |
| Food, clothing, transportation and hygiene | | 1,294.00 |
| Loan to Cornelia Essentials | | 200.00 |
| Total | | 1,564.00 |

Bank Account Disbursements

| Ck No. | Payee | Date | Amount | Purpose |
|---|---|---|---|---|
| 107 | Food Emporium | 4/14 | 81.66 | Food |
| 108 | Food Emporium | 4/21 | 80.44 | Food |
| Debit Card | Time Warner Cable | 4/12 | 241.87 | Cable |
| Debit Card | Serafina | 4/14 | 161.99 | Food |
| Debit Card | Food Emporium | 4/14 | 172.18 | Food |
| Debit Card | Bouqueria | 4/16 | 139.62 | Food |
| Debit Card | Shakespeare Books | 4/16 | 58.76 | Books |
| Debit Card | Food Emporium | 4/19 | 235.98 | Food |
| Debit Card | Gracious Home | 4/19 | 64.17 | Repairs |
| Debit Card | Riverdale Diner | 4/19 | 48.90 | Food |
| Debit Card | Duane Reade | 4/19 | 10.43 | Telephone |
| Debit Card | A & P-Food Emporium | 4/21 | 132.29 | Food |
| Debit Card | Verizon | 4/26 | 171.24 | Telephone |
| Debit Card | Bill Matrix | 4/26 | 3.50 | Charge to pay telephone on line |
| Debit Card | Del Frisco | 4/27 | 222.12 | Food |
| | Total | | 1,825.15 | |
| | Total Disbursements | | 3,389.15 | |

In Re: Richard H. Aidekman and Ellen Sackoff, debtors
Case Number 10-10596 (REG)

Reporting Period
March 2010
Balance Sheet as of April 30, 2010

Schedule A Real Property
Real Property

Schedule B Personal Property

| | As of April 30, 2010 | As of March 31, 2010 | As of February 28, 2010 | As of Filing Date February 6, 2010 |
|---|---|---|---|---|
| Cash | 115.35 | (45.52) | 539.40 | 839.00 |
| Furniture, audio and video | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 |
| Artwork | 125,000.00 | 125,000.00 | 125,000.00 | 125,000.00 |
| Clothing | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| Jewelry | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Stock in Co-op units 1c/2c/1d at 3 East 69th St, NY, NY | 4,600,000.00 | 4,600,000.00 | 4,500,000.00 | 4,500,000.00 |
| Membership interests in Prime Crosstown Properties, LLC, Prime Manhattan Holdings, LLC, Prime W 44-32 LLC, 135-143 Haven Avenue Associates, LLC, West 176th Street Holdings, LLC and Prime Realty Holdings, LLC | | | | |
| Stock and interests in Cornelia Essentials, LLC | 700,000.00 | 700,000.00 | 700,000.00 | 700,000.00 |
| Lehman Brothers bond | 20,500.00 | 20,500.00 | 20,500.00 | 20,500.00 |
| Computers-3 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| Total Personal Property | 5,512,215.35 | 5,512,054.48 | 5,412,639.40 | 5,412,939.00 |
| Liabilities | | | | |
| Priority Liabilities | | | | |
| NYS Department of Taxation | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 |
| NYS Department of Taxation | 679,792.00 | 679,792.00 | 679,792.00 | 679,792.00 |
| NYS Department of Taxation | 25,125.00 | 25,125.00 | 25,125.00 | 25,125.00 |
| Payroll personal liability from Cornelia Fifth Avenue, LLC | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 |
| Secured Liabilities | | | | |
| Silo Financial | 2,855,000.00 | 2,855,000.00 | 2,855,000.00 | 2,855,000.00 |
| Highview Capital | 865,000.00 | 865,000.00 | 865,000.00 | 865,000.00 |
| GVK | 1,400,000.00 | 1,400,000.00 | 1,400,000.00 | 1,400,000.00 |
| Unsecured Liabilities | 2,828,043.52 | 2,828,043.52 | 2,828,043.52 | 2,828,043.52 |
| Total Liabilities | 9,152,960.52 | 9,152,960.52 | 9,152,960.52 | 9,152,960.52 |

In Re: Richard H. Aidekman and Ellen Sackoff, debtors
Case Number 10-10596 (REG)

Reporting Period

Apr-10

| | |
|---|---:|
| Mortgage-Silo | 70,875.00 |
| Apartment Maintenance-3 East 69th Owners Corp. | 18,237.00 |
| Secured Debt-Highview | 12,358.35 |
| Secured Debt-GVK | 38,663.01 |
| Professional Fees | |
| Other | |
| Con Edison | 419.00 |
| Time Warner Cable | - |
| Verizon Telephone | - |
| Total | 140,552.36 |

Interest
Maintenance for Co-op
Interest
Interest


Gas & Electric
Cable TV & Internet
Telephone

$103.00

$50.00

$100.00

$100.00

$235.98

$500.00

$58.76

$139.62

$81.66          View

$172.18

$500.00

$161.99

$241.87

$303.00

$1,000.00

$200.00

$35.00

$100.00

$200.00

$132.29

$132.29          View

$35.00

$8,459.80

$8,459.80          View

$82.50

| Debit | Credit | Check Image |
|---|---|---|
| | $.00 | |
| $222.12 | | |
| $3.50 | | |
| $171.24 | | |
| | $.02 | |
| $503.00 | | |
| | $1,000.00 | |
| $80.44 | | View |
| $132.29 | | |
| $10.43 | | |
| $48.90 | | |
| $64.17 | | |
| $102.50 | | |
| $200.00 | | |

| Date | Type | Description |
|---|---|---|
| 4/5/2010 | ATM | DDA WITHDRAW *6057 633 THIRD AVENUE N Y C *NY |
| 4/5/2010 | CREDIT | Online Xfer Transfer from CK 4245061158 |
| 4/5/2010 | CREDIT | Online Xfer Transfer from CK 7928418230 |
| 4/5/2010 | CREDIT | Online Xfer Transfer from CK 7928418230 |

| Date | Type | Description |
|---|---|---|
| 4/19/2010 | POS | DDA PURCH W/CB *6057 FOOD EMPORIUM 130 NEW YORK *NY |
| 4/19/2010 | CREDIT | Online Xfer Transfer from CK 4245061158 |
| 4/16/2010 | DEBIT CARD | VISA DDA PUR SHAKESPEARE CO BOOK NEW YORK *NY |
| 4/16/2010 | DEBIT CARD | VISA DDA PUR BOQUERIA NEW YORK *NY |
| 4/14/2010 | CHECK | CHECK # 107 |
| 4/14/2010 | POS | DDA PURCH W/CB *6057 FOOD EMPORIUM 513 NEW YORK *NY |
| 4/14/2010 | CREDIT | Online Xfer Transfer from CK 4245061158 |
| 4/12/2010 | DEBIT CARD | VISA DDA PUR SERAFINA 61 STREET NEW YORK *NY |
| 4/12/2010 | DEBIT | TIME WARNER CABL CABLE PAY |
| 4/12/2010 | ATM | DDA WITHDRAW *6057 757 MADISON AVENUE NY *NY |
| 4/12/2010 | CREDIT | Online Xfer Transfer from CK 4245061158 |
| 4/9/2010 | XFER | Online Xfer Transfer to CK 7928418230 |
| 4/9/2010 | FEE | OVERDRAFT RET |
| 4/9/2010 | CREDIT | Online Xfer Transfer from CK 4245061158 |
| 4/9/2010 | CREDIT | Online Xfer Transfer from CK 7928418230 |
| 4/9/2010 | CREDIT | RETURNED ITEM |
| 4/8/2010 | CHECK | CHECK # 106 |
| 4/8/2010 | FEE | OVERDRAFT RET |
| 4/8/2010 | CREDIT | RETURNED ITEM |
| 4/7/2010 | CHECK | CHECK # 104 |
| 4/5/2010 | ATM | DDA WITHDRAW *6057 1270 LEXINGTON AVE AND NEW YORK *NY |



History between the banking dates of 04/01/2010 and 04/30/2010

To sort by a column, click on its heading.



| Date | Type | Description |
|---|---|---|
| 4/29/2010 | CREDIT | US TREAS 303 SOC SEC |
| 4/27/2010 | DEBIT CARD | VISA DDA PUR DEL FRISCO S N00086207 NEW YORK CTY *NY |
| 4/26/2010 | DEBIT | BILLMATRIX BILL PAY |
| 4/26/2010 | DEBIT | VERIZON MAIN BILL PAY |
| 4/23/2010 | INT | IOD INTEREST PAID |
| 4/23/2010 | ATM | DDA WITHDRAW *6057 941 LEXINGTON AVENUE N Y C *NY |
| 4/23/2010 | CREDIT | Online Xfer Transfer from CK 4245061158 |
| 4/21/2010 | CHECK | CHECK # 108 |
| 4/21/2010 | DEBIT | THE GREAT A AND REDEPCHECK |
| 4/19/2010 | POS | DDA PURCHASE *6057 DUANE READE INC NEW YORK *NY |
| 4/19/2010 | DEBIT CARD | VISA DDA PUR RIVERDALE DINER BRONX *NY |
| 4/19/2010 | DEBIT CARD | VISA DDA PUR GRACIOUS HOME 1 NEW YORK *NY |
| 4/19/2010 | ATM | DDA WITHDRAW *6057 275 MADISON AVE NY *NY |
| 4/19/2010 | ATM | DDA WITHDRAW *6057 1504 THIRD AVENUE NEW YORK *NY |